A. LUIS LUCERO, JR., REGIONAL ATTORNEY
KATHRYN OLSON, SUPERVISORY TRIAL ATTORNEY
DAMIEN LEE, TRIAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA 98104
(206) 220-6915

FILED     ENTERED
            LODGED     RECEIVED

**ORIGINAL**

MAR 31 2004     DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                   DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION,                                          )
                                                              )     **CV4 · 677 P**
                    Plaintiff,                         )
                                                              )     CIVIL ACTION NO.
         v.                                               )
                                                              )     COMPLAINT
QPM AEROSPACE INC.,                      )
                                                              )     JURY TRIAL DEMAND
                    Defendant.                      )
_____)

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct an unlawful employment practice based on retaliation and to provide appropriate relief to Thuy D. Nguyen ("Mr. Nguyen") who was adversely affected by such practice. The Equal Employment Opportunity Commission (the "Commission") alleges that defendant retaliated against Mr. Nguyen because he engaged in protected EEO activity, complaining about racial harassment, when defendant terminated him. Plaintiff seeks monetary and injunctive relief, including pecuniary and nonpecuniary compensatory damages and punitive damages, on behalf of Mr. Nguyen.

04-CV-00677-CMP

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TTY (206) 220-6882

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The employment practice alleged to be unlawful was committed within the jurisdiction of the United States District Court for the Western District of Washington.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission, is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) of Title VII, 42 U.S.C. §2000e-5(f)(1).

4. At all relevant times, defendant QPM Aerospace, Inc., incorporated in the State of Washington, has continuously been a corporation doing business in the State of Washington and has continuously had at least 15 employees.

5. At all relevant times, defendant QPM Aerospace, Inc. has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§2000e-(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Thuy Nguyen filed a charge with the Washington State Human Rights Commission and the Equal Employment Opportunity Commission, alleging violations of Title VII by defendant, QPM Aerospace, Inc. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. From at least November 13, 2002, defendant QPM Aerospace, Inc. engaged in an

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TTY (206) 220-6882

1  unlawful employment practice at its Auburn, Washington facility in violation of § 704(a) of Title
2  VII, 42 U.S.C. § 2000e-3(a). Defendant affected the terms and conditions of Mr. Nguyen's
3  employment by terminating him in retaliation for his participation in protected EEO activity,
4  including the filing of internal complaints of racial harassment.
5      8.  The effect of the practice complained of in paragraph 7 above has been to deprive Mr.
6  Nguyen of equal employment opportunities and otherwise adversely affect his status as an employee.
7      9.  The unlawful employment practice complained of in paragraph 7 above was
8  intentional.
9      10.  The unlawful employment practice complained of in paragraph 7 above was done
10 with malice or with reckless indifference to the federally protected rights of Mr. Nguyen.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.  Grant a permanent injunction enjoining defendant, its officers, successors, agents, assigns, and all persons in active concert or participation with it, from engaging in any employment practice constituting retaliation based on a person engaging in protected EEO activity, e.g., opposing a discriminatory employment practice and/or participating in the informal and/or formal discrimination charge process.

B.  Order defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for all employees, and which eradicate the effects of its past and present unlawful employment practice.

C.  Order defendant to make whole Mr. Nguyen by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practice.

D.  Order defendant to make whole Mr. Nguyen by providing compensation for past and

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TTY (206) 220-6882

1  future pecuniary losses resulting from the unlawful employment practice described in paragraph 7
2  above, including past and future out-of-pocket expenses, in amounts to be determined at trial.

3      E.    Order defendant to make whole Mr. Nguyen by providing compensation for past and
4  future nonpecuniary losses resulting from the unlawful practice complained of in paragraph 7 above,
5  including without limitation emotional pain, suffering, and loss of enjoyment of life, in amounts to
6  be determined at trial.

7      F.    Order defendant to pay Mr. Nguyen punitive damages for its malicious and reckless
8  conduct described in paragraph 7 above, in amounts to be determined at trial.

9      G.    Grant such further relief as the Court deems necessary and proper in the public
10  interest.

11      H.    Award the Commission its costs of this action.

12  //
13  //
14  //
15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25
26
27

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TTY (206) 220-6882

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this 31st day of March, 2004.

A. LUIS LUCERO, JR.
Regional Attorney

KATHRYN OLSON
Supervisory Trial Attorney

DAMIEN A. LEE
Trial Attorney

BY: _A. Luis Lucero Jr_

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington 98104
Telephone (206) 220-6915

ERIC S. DREIBAND
General Counsel
Office of the General Counsel
1801 "L" Street NW
Washington, D.C. 20507

Attorneys for Plaintiff

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TTY (206) 220-6882